1  BARRY J. PORTMAN
   Federal Public Defender
2  DAVID W. FERMINO
   Assistant Federal Public Defender
3  19th Floor Federal Building - Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant MONTOYA
6

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,              )
                                           )  No. CR 05-00193 PJH
14                       Plaintiff,        )
                                           )  STIPULATION AND [~~PROPOSED~~]
15  vs.                                    )  ORDER CONTINUING SENTENCING
                                           )
16  MARIO MONTOYA,                         )
                         Defendant.        )
17  _____ )
                                           )
18

19
        Defendant Mario Montoya, by and through his counsel of record, Assistant Federal Public
20
   Defender David W. Fermino, and the plaintiff United States of America, by and through it's counsel
21
   of record, Assistant United States Attorney Susan Jerich, stipulate as follows:
22

23
        (1) By this stipulation, the parties jointly move to continue this matter from August 31, 2005 to
24
   October 19, 2005.  A continuance is requested due to the late scheduling of Mr. Montoya's pre-
25
   sentence interview.
26

1

2       (2) Counsel for the government does not object to the request for a continuance of the date set

3   for sentencing.

4       (3) The probation office does not object to the request for a continuance of date set for

5   sentencing.

6       (4) The parties agree that the date for the sentencing hearing should be continued from August

7   31, 2005 to October 19, 2005.

8

9   **IT IS SO STIPULATED:**

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.

11
                                                          //S//
12  DATED:                          _____
                                    DAVID W. FERMINO
13                                  Assistant Federal Public Defender

14
                                                          //S//
15  DATED:                          _____
                                    SUSAN JERICH
16                                  Assistant United States Attorney

17

18                                      ORDER

19

20      For good cause shown, IT IS HEREBY ORDERED that counsel's request for a continuance of

21  the sentencing hearing in the above referenced case be continued from August 31, 2005 to

    October 19, 2005.
22

23      **IT IS SO ORDERED**

24

25  DATED:  8/22/05

26                                  _____

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PHYLLIS J. HAMILTON
United States District Judge